IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPTAIN JACK'S CRAB SHACK, INC. d/b/a CAPTAIN JACK'S CRAB SHACK, RONNIE BARTLETT, and LEE BARTLETT,<br><br>      Plaintiffs,<br><br>v.<br><br>K. DAVID COOKE, JR., District Attorney of the Macon Judicial Circuit, in his individual capacity, MICHAEL G. LAMBROS, Special Assistant District Attorney of the Macon Judicial Circuit, in his individual capacity, MELANIE BICKFORD, Investigator, City of Byron Police Department, Byron, Georgia, in her individual capacity, and CHRISTINE WELCH, Police Officer, City of Centerville Police Department, Centerville, Georgia, in her individual capacity,<br><br>      Defendants. | Civil Action File<br>No.: 16-CV-02887-SCJ |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Jeremy T. Berry of the law firm of Dentons US LLP respectfully enters his appearance as counsel for Defendant K. David Cooke, Jr., in the above-captioned action.

This 7th day of September, 2016.

By: */s/ Jeremy T. Berry*
Jeremy T. Berry
Georgia Bar No. 055455
jeremy.berry@dentons.com

DENTONS US LLP
303 Peachtree Street, NE. Suite 5300
Atlanta, GA  30308
Telephone:   (404) 527-4000          *Attorney for Defendant*
Facsimile:   (404) 527-4198          *K. David Cooke, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

This 7th day of September, 2016.

            By: */s/ Jeremy T. Berry*
               Jeremy T. Berry

101363817