IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPTAIN JACK'S CRAB SHACK, INC. d/b/a CAPTAIN JACK'S CRAB SHACK, RONNIE BARTLETT, and LEE BARTLETT,<br><br>    Plaintiffs,<br><br>v.<br><br>K. DAVID COOKE, JR., District Attorney of the Macon Judicial Circuit, in his individual capacity, MICHAEL G. LAMBROS, Special Assistant District Attorney of the Macon Judicial Circuit, in his individual capacity, MELANIE BICKFORD, Investigator, City of Byron Police Department, Byron, Georgia, in her individual capacity, and CHRISTINE WELCH, Police Officer, City of Centerville Police Department, Centerville, Georgia, in her individual capacity,<br><br>    Defendants. | Civil Action File<br>No.: 16-CV-02887-SCJ |

**DEFENDANT K. DAVID COOKE, JR.'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Local Rule 3.3, Plaintiff K. David Cooke, Jr. ("Mr. Cooke") by counsel, files this Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

(1) The undersigned counsel of record certifies that the following is a full and complete list of the parties in this action:

<u>Plaintiffs</u>:

> Captain Jack's Crab Shack, Inc. d/b/a Captain Jack's Crab Shack
> Ronald D. Bartlett
> Lee E. Bartlett

<u>Defendants</u>:

> K. David Cooke, Jr.
> Michael G. Lambros
> Melanie Bickford
> Christine Welch

(2) The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

> Captain Jack's Crab Shack, Inc. d/b/a Captain Jack's Crab Shack
> Ronald D. Bartlett
> Lee E. Bartlett
> K. David Cooke
> Michael G. Lambros
> Melanie Bickford
> Christine Welch
> Johannes S. Kingma
> John C. Rogers
> Tyler J. Wetzel
> Carlock, Copeland & Stair, LLP
> Nathan L. Garroway

>Jeremy T. Berry
>Jeffrey A. Zachman
>Dentons US LLP
>Adam L. Appel
>Dermer Appel Ruder, LLC
>Thomas F. Richardson
>Chambless Hidgon Richardson Katz Griggs, LLP
>Beazley Insurance Company, Inc.
>Beazley Group Ltd.
>Beazley PLC
>Balch & Bingham LLP
>Michael J. Bowers
>Christopher S. Anulewicz
>Matthew B. Ames

(3) The undersigned further certifies that the following is a full and complete list of all persons who have appeared as attorneys for the parties in this proceeding:

>Plaintiff:
>
>>Michael J. Bowers
>>Christopher S. Anulewicz
>>Matthew B. Ames
>>BALCH & BINGHAM, LLP
>
>Defendants:
>
>>Johannes S. Kingma
>>John C. Rogers
>>Tyler J. Wetzel
>>CARLOCK, COPELAND & STAIR, LLP
>>Nathan L. Garroway
>>Jeremy T. Berry
>>Jeffrey A. Zachman

DENTONS US LLP

This 7th day of September, 2016.

By: */s/ Nathan L. Garroway*
Nathan L. Garroway
Georgia Bar No. 142194
nathan.garroway@dentons.com
Jeremy T. Berry
Georgia Bar No. 055455
jeremy.berry@dentons.com
Jeffrey A. Zachman
Georgia Bar No. 254916
jeffrey.zachman@dentons.com

DENTONS US LLP
303 Peachtree Street, NE. Suite 5300
Atlanta, GA  30308
Telephone:  (404) 527-4000            *Attorneys for Defendant*
Facsimile:   (404) 527-4198            *K. David Cooke, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2016, I electronically filed the foregoing ***Defendant K. David Cooke, Jr.'s Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

This 7th day of September, 2016.

                                        By:  */s/ Nathan L. Garroway*
                                                 Nathan L. Garroway

101360170\V-1