# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAPTAIN JACK'S CRAB SHACK, INC. d/b/a CAPTAIN JACK'S CRAB SHACK, RONNIE BARTLETT, and LEE BARTLETT,<br><br>      Plaintiffs,<br><br>v.<br><br>K. DAVID COOKE, JR., District Attorney of the Macon Judicial Circuit, in his individual capacity, MICHAEL G. LAMBROS, Special Assistant District Attorney of the Macon Judicial Circuit, in his individual capacity, MELANIE BICKFORD, Investigator, City of Byron Police Department, Byron, Georgia, in her individual capacity, and CHRISTINE WELCH, Police Officer, City of Centerville Police Department, Centerville, Georgia, in her individual capacity,<br><br>      Defendants. | Civil Action File<br>No.: 1:16-CV-02887-SCJ |

## DEFENDANTS' MOTION TO SUSPEND THE PARTIES' OBLIGATIONS UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 26.1

Defendants K. David Cooke, Jr., Michael G. Lambros, Melanie Bickford, and Christine Welch (collectively, the "Defendants") move the Court for an Order to suspend the parties' conference and report obligations under Rule 26 of the Federal

Rules of Civil Procedure and Local Rule 26.1 of the Rules of the Northern District of

Georgia pending the Court's ruling on Defendants' Motions to Dismiss.

This 8th day of September, 2016.

DENTONS US LLP
*/s/ Nathan L. Garroway*
Nathan L. Garroway
Georgia Bar No. 142194
nathan.garroway@dentons.com
Jeremy T. Berry
Georgia Bar No. 055455
jeremy.berry@dentons.com
Jeffrey Zachman
Georgia Bar No. 254916
jeffrey.zachman@dentons.com
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308
Phone: 404.527.4000
*Attorneys for K. David Cooke, Jr.*

CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS, LLP
*/s/ Thomas F. Richardson (w/ express permission)*
Thomas F. Richardson
Georgia Bar No. 604325
trichardson@chrkglaw.com
P.O. Box 18086
Macon, GA  32109
Phone: 478.745.1181
*Attorney for Christine Welch*

DERMER APPEL RUDER, LLC
*/s/Adam Appell (w/express permission)*
Adam Appel
Georgia Bar No. 020765
aappel@darlawllc.com
6075 The Corners Pkwy
Suite 210
Peachtree Corners, GA  30092
Phone: 404.881.3556
*Attorney for Melanie Bickford*

CARLOCK, COPELAND & STAIR, LLP
*/s/ John Rogers (w/ express permission)*
Joe Kingma
Georgia Bar No. 421650
jkingma@carlockcopeland.com
John Rogers
Georgia Bar No. 612741
jrogers@carlockcopeland.com
191 Peachtree Street, Suite 3600
Atlanta, GA 30303
Phone: 404.522.8220
*Attorneys for Michael Lambros*

## CERTIFICATE OF SERVICE

This is to certify that on September 8, 2016, I electronically filed the within and foregoing ***Defendants' Memorandum of Law in Support of Their Motion to Suspend the Parties' Obligations Under Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.1*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record:

By:  */s/ Nathan L. Garroway*
     Nathan L. Garroway

101249535\V-2