# EXHIBIT E

**From:**          Anulewicz, Chris
**Sent:**          Wednesday, October 26, 2016 3:14 PM
**To:**            Engelberger, Kara
**Subject:**       FW: Discovery responses captain jacks


-----Original Message-----
From: Michael Lambros [mailto:mlambros@thelambrosfirm.com]
Sent: Tuesday, March 22, 2016 2:08 PM
To: Anulewicz, Chris
Cc: Bowers, Michael
Subject: RE: Discovery responses captain jacks

We are standing by it. Do you also represent GNB?

-----Original Message-----
From: Anulewicz, Chris [mailto:canulewicz@balch.com]
Sent: Tuesday, March 22, 2016 2:06 PM
To: Michael Lambros <mlambros@thelambrosfirm.com>
Cc: Bowers, Michael <mbowers@balch.com>
Subject: Re: Discovery responses captain jacks

I did not mean to say you accused her. In any event you solicited the testimony, she testified and it is what caused the seizure. Are you standing by it or withdrawing it?

Sent from my iPhone

> On Mar 22, 2016, at 2:00 PM, Michael Lambros <mlambros@thelambrosfirm.com> wrote:
>
> I never accused her of falsely testifying. I believe my comment to you is that if these games were true Nudge games she may have been mistaken.
>
> -----Original Message-----
> From: Anulewicz, Chris [mailto:canulewicz@balch.com]
> Sent: Tuesday, March 22, 2016 1:56 PM
> To: Michael Lambros <mlambros@thelambrosfirm.com>
> Cc: Bowers, Michael <mbowers@balch.com>
> Subject: Re: Discovery responses captain jacks
>
> Our conversation where I asked you about it.  You said she was probably wrong and misspoke. I can send you the transcript.
>
> Sent from my iPhone
>
>> On Mar 22, 2016, at 1:19 PM, Michael Lambros <mlambros@thelambrosfirm.com> wrote:
>>
>> Chris, what is the bases for accusing the investigator of giving false testimony?

\>\>

\>\> -----Original Message-----

\>\> From: Anulewicz, Chris [mailto:canulewicz@balch.com]

\>\> Sent: Tuesday, March 22, 2016 1:12 PM

\>\> To: Michael Lambros <mlambros@thelambrosfirm.com>

\>\> Cc: Bowers, Michael <mbowers@balch.com>

\>\> Subject: Discovery responses captain jacks

\>\>

\>\> When are we going to get the discovery responses?  I also need dates for the investigators. Your investigator also testified falsely at the seizure hearing regarding the games and whether they allowed an win without the assistance of the player. Will you file something with the court acknowledging this or so we need to do something. Thanks and I look forward to hearing from you.

\>\>

\>\> Sent from my iPhone

\>\>

\>\> Christopher S. Anulewicz, Partner, Balch & Bingham LLP

\>\> 30 Ivan Allen Jr. Boulevard, N.W. * Suite 700 * Atlanta, GA 30308-3036

\>\> t: (404) 962-3562  f:(866) 320-6758  e: canulewicz@balch.com www.balch.com

\>\>

\>\>

\>\> ~~

\>\>

\>\>

\>\> CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

\>\> ~~

\>\>